UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| MOHAMMAD KHAN | * | CIVIL ACTION NO.: _____ |
| VERSUS | * | JUDGE _____ |
| I & Y TRANSPORT, LLC, ET AL | * | MAGISTRATE _____ |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come Defendants, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, ALFONSO RIVERA and I & Y TRUCKING, LLC, misnamed in the Petition for Damages as I & Y Transport, LLC, who, pursuant to 28 U.S.C. §§ 1332 and 1441, hereby remove the action styled *Mohammad Khan v. I & T Transport, LLC, et al*, No. 163,990 (the "State Court Action"), currently pending in the 26th Judicial District Court, Bossier Parish, Louisiana, to the United States District Court, Western District of Louisiana, Shreveport Division, and represent that:

1.

Mohammad Khan ("Plaintiff") commenced the State Court Action by filing a Petition (the "Petition") on January 19, 2021.

2.

The Petition and Citations directed to Defendants, copies of which are attached hereto as Exhibit "A," were attempted as follows:

A. Long Arm Service Citation was prepared for Defendant, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, on January 23, 2021, pursuant to the Louisiana Long-Arm Statute, La. R.S. 13:3204A; Progressive County Mutual Insurance Company has been served through certified mail return receipt requested; and thus, an affidavit of service on Progressive County Mutual Insurance Company as required by the Louisiana Long-Arm Statute was filed into the suit record on March 22, 2021;

B. Long Arm Service Citation was prepared for Defendant, Sandbox Enterprises, LLC, on January 23, 2021 pursuant to the Louisiana Long-Arm Statute, La. R.S. 13:3204A and was served via certified mail; that on the 29th day of January, 2021, the Citation and original Petition were delivered to and received by said defendant; an affidavit of service on Sandbox Enterprises, LLC as required by the Louisiana Long-Arm Statute was filed into the suit record on March 8, 2021;

C. Long Arm Service Citation was prepared for Defendant, Starr Indemnity & Liability Company, on January 23, 2021 pursuant to the Louisiana Long-Arm Statute, La. R.S. 13:3204A and was served via certified mail; that on the 29th of January 2021, the Citation and original Petition were delivered to and received by said defendant; an affidavit of service on Starr Indemnity & Liability Company was filed into the suit record on March 8, 2021;

D. Long Arm Service Citation was prepared for Defendant, I & Y Trucking, LLC, on January 23, 2021 pursuant to the Louisiana Long-Arm Statute, La. R.S. 13:3204A; on March 8, 2021, Plaintiff's counsel requested issuance of the Long-Arm Citation presumably with an updated address for service; no affidavit of service on I & Y Trucking, LLC has been filed into the suit record.

E. Long Arm Service Citation was prepared for Defendant, Alfonso Rivera, on January 23, 2021 pursuant to the Louisiana Long-Arm Statute, La. R.S. 13:3204A; no affidavit of service on Alfonso Rivera has been filed into the suit record.

3.

Plaintiff's counsel has dismissed the claims against Defendants, Sandbox Enterprises, LLC and Starr Indemnity & Liability Company, in the instant litigation.

4.

Venue is proper in this District and Division pursuant to 28 U.S.C. § 1446(a) because the State Court Action was brought in Caddo Parish, Louisiana, which is located within this District and Division.

5.

This Notice of Removal is timely filed. At the time of service, Defendants had no information documenting the injuries and damages claimed by Plaintiff. Defendants could not therefore make a good faith determination that Plaintiff's damage claims exceeded the sum or

value of $75,000, exclusive of interest and costs. Progressive County Mutual Insurance Company propounded interrogatories and requests for Production of documents to Plaintiff at the time it filed an answer to Plaintiff's petition. Plaintiff responded to the discovery on March 30, 2021 and the discovery responses were received by Defendant on April 5, 2021. Plaintiff's discovery did not include medical records in order to make a good faith determination that Plaintiff's damage claims exceeded the sum or value of $75,000. Defendants have received requested medical records from Highland Clinic (received April 16, 2021) and Ochsner LSU Health Shreveport (received May 4, 2021).

6.

This Court has original jurisdiction over Plaintiff's claims against Defendants pursuant to 28 U.S.C. §1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

7.

Defendants show that Plaintiff, Mohammad Zahn, is a resident and domiciliary of Bossier Parish, Louisiana. (See introductory paragraph to Petition).

8.

Defendant, Progressive County Mutual Insurance Company, is a county mutual insurance company incorporated in the State of Texas and has its principal place of business in the State of Texas. Defendant, Progressive County Mutual Insurance Company, is the liability insurer of the vehicle owned by I & Y Trucking, LLC and filed its answer on March 4, 2021. Progressive County Mutual Insurance Company, as the UM insurer of Mohammad Khan, filed its answer on April 26, 2021, and has been voluntarily dismissed from this action.

...

9.

Defendant, I & Y Transport, LLC, is a limited liability company. The members of I & Y Trucking, LLC are Kevin Almanza and Yokiro Rodriguez, residents and domicilaries of Florida.

10.

Defendant, Alfonso Rivera, is an individual of the full age of majority domiciled in McLennan County, Texas.

11.

Defendants show that Plaintiff, Mohammad Khan, claims physical and mental injuries resulting from an automobile accident which occurred on November 11, 2020 on Interstate 220 and Highway 3105 in Bossier Parish, Louisiana, between a semi-truck, owned by I & Y Transport, LLC and operated by Alfonso Rivera, and a Lexus ES 350, owned and operated by Mohammad Khan. In particular, Plaintiff alleges in his discovery responses that he sustained injuries to his neck, back and knees. In paragraph 7 of his petition, Plaintiff alleges the following damages:

- A. Medical expenses;
- B. Pain and suffering;
- C. Mental pain and anguish;
- D. Permanent injuries and disability;
- E. Loss of wages and economic opportunity;
- F. Loss of enjoyment of life; and,
- G. Property damage.

12.

As stated in Paragraph 8 of the Petition, Plaintiff alleges that the value of his claim exceeds $50,000, the jurisdictional amount required for trial by jury under Louisiana law.

13.

Plaintiff's damage claim, inclusive of the potential for future medical expenses, arguably exceed $75,000.00.

14.

Defendants respectfully submit that they have a good faith belief that the claims of Plaintiff, Mohammad Khan, exceed the sum or value of $75,000, exclusive of interest and costs, and thus meet the requirements for removal under 28 U.S.C. § 1332(a).

15.

Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice will be filed with the Clerk of the 26th Judicial District Court, Caddo Parish, Louisiana, accompanied by a Notice of Filing of Notice of Removal, which form is attached hereto as Exhibit "B."

WHEREFORE, Defendants, ALFONSO RIVERA, I & Y TRUCKING, LLC and PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, as the liability insurer for the vehicle owned by I & Y Transport, LLC, pray that the above-entitled action be removed from the 26th Judicial District Court, Bossier Parish, Louisiana, to this Honorable Court.

Respectfully submitted,

WIENER, WEISS & MADISON
A Professional Corporation

By /s/ *Frank H. Spruiell, Jr.*
Frank H. Spruiell, Jr. #1611
330 Marshall Street, Ste. 1000
Shreveport, LA 71101
Telephone: (318) 226-9100
Facsimile: (318) 424-5128

ATTORNEYS FOR DEFENDANTS, ALFONSO RIVERA, I & Y TRANSPORT, LLC and PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY

## CERTIFICATE

I hereby certify that the above and foregoing Notice of Removal has been served upon Josh Powell, 509 Milam Street, Shreveport, Louisiana 71101, by placing a copy of same in the U. S. Mail, properly addressed and with sufficient postage attached thereto.

Shreveport, Louisiana, on this 25th day of May, 2021.

/s/ Frank H. Spruiell, Jr.
Frank H. Spruiell, Jr.