Bossier Parish Clerk of Court
Filed Jan 19, 2021 2:53 PM
Sarah Shehane
Deputy Clerk of Court
E-File Received Jan 19, 2021 2:15 PM
C-163990
1

| | | |
|---|---|---|
| MOHAMMAD KHAN | : | SUIT NUMBER: |
| VERSUS | : | 26th JUDICIAL DISTRICT COURT |
| I & Y TRANSPORT LLC, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, SANDBOX ENTERPRISES, LLC, STARR INDEMNITY & LIABILTY COMPANY, and ALFONSO RIVERA | : | BOSSIER PARISH, LOUISIANA |

## PETITION

MOHAMMAD KHAN, of the full age of majority and domiciled in Bossier Parish, Louisiana, respectfully represent:

1.

The defendants making this petition necessary are:

a. I & Y TRANSPORT, LLC; a limited liability company authorized to do and doing business in the State of Texas;

b. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY; a foreign insurer who provided liability coverage to the vehicle owned by I & Y Transport, LLC;

c. SANDBOX ENTERPRISES, LLC; a limited liability company authorized to do and doing business in the State of Texas;

d. STARR INDEMNITY & LIABILITY COMPANY; a foreign insurer who provided liability coverage to the trailer owned by Sandbox Enterprises, LLC;

e. ALFONSO RIVERA, of the age of majority and domiciled in McLennan County, Texas; and

f. PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY; a foreign insurer who provided uninsured/underinsured motorist coverage to Mohammad Khan.

2.

On November 11, 2020, a wreck occurred at the intersection of I-220 and Highway 3105 in Bossier Parish, Louisiana, involving a semi-truck, owned by I & Y Transport, LLC and operated by Alfonso Rivera, and a Lexus ES 350, owned and operated by Mohammad Khan.

3.

Alfonso Rivera struck the rear passenger side of Mohammad Khan's vehicle causing a collision.



EXHIBIT A

4.

Alfonso Rivera endangered the public and caused plaintiff's harm by:

a. Running his semi-truck into another vehicle;

b. Failing to see what he should have seen, or in seeing, failing to heed; and

c. Operating his vehicle in a careless and reckless manner.

5.

Alfonso Rivera was in the course and scope of his employment with I & Y Transport, LLC.

6.

I & Y Transport, LLC had a duty to communicate, establish and enforce screening, training, and supervision procedures to prevent acts of the nature described herein. This breach of duty by I & Y Transport, LLC caused plaintiff's injuries and harm. I & Y Transport, LLC was negligent in its hiring, retention, training, and supervision of its employees. This negligence was jointly a cause of plaintiff's harm.

7.

Defendants' reckless and negligent conduct caused harm to plaintiff, Mohammad Khan. Defendants are responsible for plaintiff's past, present, and future: 1) medical expenses; 2) pain and suffering; 3) mental pain and anguish; 4) permanent injuries and disability; 5) loss of wages and economic opportunity; 6) loss of enjoyment of life; and 7) property damage.

8.

Plaintiffs' claims equal or exceed the amount required for trial by jury.

9.

WHEREFORE, Plaintiff prays that all harms and losses caused by the defendants be repaired by judgment; all expert fees, costs, and interest should be borne by defendants.

NON-CERTIFIED COPY

Respectfully Submitted,

MORRIS & DEWETT, LLC

By: _____
JOSH POWELL (#38378)
jpowell@shreveportlaw.net
509 Milam Street
Shreveport, LA 71101
(318) 221-1507 - Telephone
(318) 221-4560 - Facsimile

ATTORNEY FOR PLAINTIFF

AND

KYLE M. ROBINSON
kyle@kylemrobinson.com
509 Milam Street
Shreveport, LA 71101
(318) 747-0060 – Telephone
(318) 747-2016 - Facsimile

**Please Serve:**

**I & Y TRANSPORT, LLC**
Via Louisiana Long-Arm Statute,
Through its Agent for Service of Process
Ioslava Miranda
7501 Palmetto Drive, Apt. 113
Fort Worth, Texas 76133

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY SERVICE**
Via Louisiana Long-Arm Statute,
Through its Agent for Service of Process
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201

**ALFONSO RIVERA**
Via Louisiana Long-Arm Statute
407 Berean Road
Houston, TX 76557

**SANDBOX ENTERPRISES, LLC**
Via Louisiana Long-Arm Statute,
Through its Agent for Service of Process
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3136

**STARR INDEMNITY & LIABILITY COMPANY**
Via Louisiana Long-Arm Statute
Through its Agent for Service of Process
CT Corporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201

NON-CERTIFIED COPY

Bossier Parish Clerk of Court  C-163990
Filed Mar 22, 2021 1:27 PM      1
Katie F. Best
Deputy Clerk of Court

| | |
|---|---|
| MOHAMMAD KHAN | : SUIT NUMBER: 163990-SEC. 1 |
| VERSUS | : 26TH JUDICIAL DISTRICT COURT |
| I&Y TRANSPORT LLA, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, SANDBOX ENTERPRISES, LLC, STARR INDEMNITY & LIABILITY COMPANY and ALFONSO RIVERA | : BOSSIER PARISH, LOUISIANA |

## AFFIDAVIT OF LONG-ARM SERVICE

STATE OF LOUISIANA

PARISH OF CADDO

BEFORE ME, the undersigned authority, personally came and appeared Cindy Clanton, paralegal at the law firm of Morris & Dewett, LLC, attorneys of record for plaintiff, Mohammad Khan, who, after being duly sworn, did depose and say:

That on the 23rd day of January 2021, she served a certified copy of the Citation and original Petition in this action under the Louisiana Long Arm Statute, LSA-R.S.13:3201, pursuant to Section 3204 of Title 13, by mailing same to defendant, Progressive County Mutual Insurance Company, by certified mail (Exhibit A), return receipt requested, properly addressed and postage prepaid.

That on the 29th day of January 2021, the Citation and original Petition were delivered to and received by said defendant (Exhibit B); and that affiant received the postal receipt, a copy of which is attached hereto as a part hereof indicating that same had been delivered to the said defendant.

THUS, DONE AND SIGNED on this the 18th day of March 2021 in Shreveport, Caddo Parish, Louisiana.

_Cindy Clanton_
Cindy Clanton, Paralegal to the Firm

SWORN TO AND SUBSCRIBED before me, Notary Public, on this the 18 day of March 2021 in Shreveport, Caddo Parish, Louisiana.

NOTARY PUBLIC

Darbi J. Rice
Statewide Notary Public
Pursuant to LA. R.S. 35:191(P)
Notary ID #162146
My Commission is for Life

NON-CERTIFIED COPY

Bossier Parish Clerk of Court **C-163990**
Filed Mar 08, 2021 11:12 AM **1**
Joy Gibson
Deputy Clerk of Court

| | | |
|---|---|---|
| MOHAMMAD KHAN | : | SUIT NUMBER: 163990-SEC. 1 |
| VERSUS | : | 26TH JUDICIAL DISTRICT COURT |
| I&Y TRANSPORT LLC, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, SANDBOX ENTERPRISES, LLC, STARR INDEMNITY & LIABILITY COMPANY and ALFONSO RIVERA | : | BOSSIER PARISH, LOUISIANA |

### AFFIDAVIT OF LONG-ARM SERVICE

STATE OF LOUISIANA

PARISH OF CADDO

BEFORE ME, the undersigned authority, personally came and appeared Cindy Clanton, paralegal at the law firm of Morris & Dewett, LLC, attorneys of record for plaintiff, Mohammad Khan, who, after being duly sworn, did depose and say:

That on the 23rd day of January 2021, she served a certified copy of the Citation and original Petition in this action under the Louisiana Long Arm Statute, LSA-R.S:13:3201, pursuant to Section 3204 of Title 13, by mailing same to defendant, Sandbox Enterprises, LLC, by certified mail (Exhibit A), return receipt requested, properly addressed and postage prepaid.

That on the 29th day of January 2021, the Citation and original Petition were delivered to and received by said defendant (Exhibit B); and that affiant received the postal receipt, a copy of which is attached hereto as a part hereof indicating that same had been delivered to the said defendant.

THUS, DONE AND SIGNED on this the 5th day of March 2021 in Shreveport, Caddo Parish, Louisiana.

_Cindy Clanton_
Cindy Clanton, Paralegal to the Firm

SWORN TO AND SUBSCRIBED before me, Notary Public, on this the 5 day of March 2021 in Shreveport, Caddo Parish, Louisiana.

NOTARY PUBLIC

Darbi J. Rice
Statewide Notary Public
Pursuant to LA. R.S. 35:191(P)
Notary ID #162146
My Commission is for Life

NON-CERTIFIED COPY

Bossier Parish Clerk of Court **C-163990**
Filed Mar 08, 2021 11:09 AM **1**
Joy Gibson
Deputy Clerk of Court

| | | |
|---|---|---|
| MOHAMMAD KHAN | : | SUIT NUMBER: 163990-SEC. 1 |
| VERSUS | : | 26TH JUDICIAL DISTRICT COURT |
| I&Y TRANSPORT LLC, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, SANDBOX ENTERPRISES, LLC, STARR INDEMNITY & LIABILITY COMPANY and ALFONSO RIVERA | : | BOSSIER PARISH, LOUISIANA |

### AFFIDAVIT OF LONG-ARM SERVICE

STATE OF LOUISIANA

PARISH OF CADDO

BEFORE ME, the undersigned authority, personally came and appeared Cindy Clanton, paralegal at the law firm of Morris & Dewett, LLC, attorneys of record for plaintiff, Mohammad Khan, who, after being duly sworn, did depose and say:

That on the 23rd day of January 2021, she served a certified copy of the Citation and original Petition in this action under the Louisiana Long Arm Statute, LSA-R.S.13:3201, pursuant to Section 3204 of Title 13, by mailing same to defendant, Starr Indemnity & Liability Company, by certified mail (Exhibit A), return receipt requested, properly addressed and postage prepaid.

That on the 29th day of January 2021, the Citation and original Petition were delivered to and received by said defendant (Exhibit B); and that affiant received the postal receipt, a copy of which is attached hereto as a part hereof indicating that same had been delivered to the said defendant.

THUS, DONE AND SIGNED on this the 5th day of March 2021 in Shreveport, Caddo Parish, Louisiana.

_Cindy Clanton_
Cindy Clanton, Paralegal to the Firm

SWORN TO AND SUBSCRIBED before me, Notary Public, on this the 5 day of March 2021 in Shreveport, Caddo Parish, Louisiana.

_____
NOTARY PUBLIC

Darbi J. Rice
Statewide Notary Public
Pursuant to LA. R.S. 35:191(P)
Notary ID #162146
My Commission is for Life

NON-CERTIFIED COPY

Bossier Parish Clerk of Court C-163990
Filed Mar 22, 2021 1:27 PM 1
Katie F. Best
Deputy Clerk of Court

| | |
|---|---|
| MOHAMMAD KHAN | : SUIT NUMBER: 163990-SEC. 1 |
| VERSUS | : 26TH JUDICIAL DISTRICT COURT |
| I&Y TRANSPORT LLA, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, SANDBOX ENTERPRISES, LLC, STARR INDEMNITY & LIABILITY COMPANY and ALFONSO RIVERA | : BOSSIER PARISH, LOUISIANA |

### AFFIDAVIT OF LONG-ARM SERVICE

STATE OF LOUISIANA

PARISH OF CADDO

BEFORE ME, the undersigned authority, personally came and appeared Cindy Clanton, paralegal at the law firm of Morris & Dewett, LLC, attorneys of record for plaintiff, Mohammad Khan, who, after being duly sworn, did depose and say:

That on the 23rd day of January 2021, she served a certified copy of the Citation and original Petition in this action under the Louisiana Long Arm Statute, LSA-R.S.13:3201, pursuant to Section 3204 of Title 13, by mailing same to defendant, Progressive County Mutual Insurance Company, by certified mail (Exhibit A), return receipt requested, properly addressed and postage prepaid.

That on the 29th day of January 2021, the Citation and original Petition were delivered to and received by said defendant (Exhibit B); and that affiant received the postal receipt, a copy of which is attached hereto as a part hereof indicating that same had been delivered to the said defendant.

THUS, DONE AND SIGNED on this the 18th day of March 2021 in Shreveport, Caddo Parish, Louisiana.

Cindy Clanton, Paralegal to the Firm

SWORN TO AND SUBSCRIBED before me, Notary Public, on this the 18 day of March 2021 in Shreveport, Caddo Parish, Louisiana.

NOTARY PUBLIC

Darbi J. Rice
Statewide Notary Public
Pursuant to LA. R.S. 35:191(P)
Notary ID #162146
My Commission is for Life

NON-CERTIFIED COPY



## Morris & Dewett
### TRIAL LAWYERS

TREY MORRIS, A.P.L.C.*
JUSTIN C. DEWETT, L.L.C.*
ELIZABETH A. HANCOCK
J. CHANCELLOR NERREN
JOHN A. DAVIS
JOSH L. POWELL, L.L.C.

* ALSO LICENSED IN THE STATE OF TEXAS

509 MILAM STREET
SHREVEPORT, LA 71101

TELEPHONE (318) 221-1507
FACSIMILE (318) 221-4560

Bossier Parish Clerk of Court  C-163990
Filed Mar 11, 2021 10:36 AM          1
Julie S. Smith
Deputy Clerk of Court

March 8, 2021

ATTN: CIVIL DEPARTMENT
Honorable Jill M. Sessions
Bossier Parish Clerk of Court
P. O. Box 430
Benton, LA 71006

RE: *Mohammad Khan vs. I&Y Transport LLC, Progressive County Mutual Insurance Company, Sandbox Enterprises LLC, Starr Indemnity & Liability Company and Alfonso Rivera*
26th JDC No. 163990-Sec. 1; Bossier Parish, Louisiana

Dear Ms. Sessions:

Please re-issue Long-Arm service of the original Petition upon defendant, **I & Y Transport, LLC, at 15906 Missing Glen Drive, Houston, Texas 77083.** Enclosed is our check in the amount of $100.00 to cover the costs associated with this service. I am providing a return envelope for your use.

Thank you for your kind assistance. Should you have any questions or require anything further, do not hesitate to contact me.

Sincerely,

*Cindy Clanton*

Cindy Clanton
Paralegal for the Firm
cclanton@morrisdewett.com

/cwc
Enclosures

NON-CERTIFIED COPY